■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH HORLBACK, Appellant. [931 NYS2d 218]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise

unlawful (*see People v Lingle*, 16 NY3d 621 [2011]), and we do not find that term to be excessive. We have no authority to revisit defendant's prison sentence on this appeal (*see id.* at 635). Concur—Saxe, J.P., Friedman, Moskowitz, Freedman and Richter, JJ.